| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | MICHAEL WARD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. 2:13-cr-0067 LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| MICHAEL WARD, | ) | |
| | ) | Date: July 2, 2013 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |

The parties request that the status conference in this case be continued from June 18, 2013, to July 2, 2013 at 9:15 a.m. They stipulate that the time between May 28, 2013 and July 2, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to investigate the facts of the case, review the evidence and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: June 14, 2013                                Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

                                                    */s/ Douglas Beevers*
                                                    DOUGLAS BEEVERS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    MICHAEL WARD


Dated: June 14, 2013                                BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    */s/ Michael McCoy*
                                                    MICHAEL MCCOY
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 18, 2013, be continued to July 2, 2013, at 9:15 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from May 28, 2013, to and including, the July 2, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: June 17, 2013

                                                    LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT