1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00067-KJM

11 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING

12 | v. |

13 | MICHAEL J. WARD, | DATE: August 23, 2016
                       TIME: 2:00 p.m.
14 | Defendant. | COURT: Hon. Edmund F. Brennan

15

16 **STIPULATION**

17  It is hereby stipulated between the defendant MICHAEL J. WARD, by and through Douglas J.

18  Beevers, counsel for the defendant, and the United States, by and through Ross K. Naughton, Assistant

19  U.S. Attorney, that the preliminary hearing on Charges 6 and 7 in the Superseding Petition presently set

20  for 2:00 p.m. on August 23, 2016, be vacated, with that hearing re-set for 2:00 p.m. on August 26, 2016.

21  [*Continued next page.*]

The parties stipulate and agree that this continuance is necessary to allow counsel to better prepare for the preliminary hearing, and that defendant WARD will not be prejudiced by this brief continuance.

Additionally, the parties represent that they have informed U.S. Probation Officer Miranda Lutke of the proposed continuance, and have been advised that she does not oppose it.

IT IS SO STIPULATED.

Dated:  August 19, 2016                           PHILLIP A. TALBERT
                                                  Acting United States Attorney


                                                   /s/ ROSS K. NAUGHTON
                                                  ROSS K. NAUGHTON
                                                  Assistant United States Attorney


Dated:  August 19, 2016                            /s/ DOUGLAS J. BEEVERS
                                                  DOUGLAS J. BEEVERS
                                                  Counsel for Defendant
                                                  MICHAEL J. WARD

---

## [~~PROPOSED~~] ORDER

For the reasons set forth in the stipulation of the parties filed on August 19, 2016, and for good cause shown, IT IS HEREBY ORDERED that the preliminary hearing on Charges 6 and 7 in the Superseding Petition presently set for 2:00 p.m. on August 23, 2016, be VACATED, with that hearing RE-SET for 2:00 p.m. on August 26, 2016.

DATED:  August 22, 2016.

                                                  THE HON. EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE