IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL JAMES WARD<br><br>    Defendant. | CR NO: 2:13-cr-00067-KJM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Michael James Ward
Detained at: Sacramento County Jail
Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint X Petition
  charging detainee with: Violation of Federal Supervised Release
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [on May 10, 2017, at 2:30 p.m.] in the Eastern District of California.*

Signature: [signature]
Printed Name & Phone No: Cameron L. Desmond 916-554-2711
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, May 10, 2017, 2:30 p.m., and at the conclusion of said Revocation proceedings to return said detainee to State Custody.

Dated: 5/10/17      [signature]
Honorable Kimberly J. Mueller
U.S. DISTRICT JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male | ☐Female |
| Booking or CDC #: | | DOB: | 01/10/2977 |
| Facility Address: | | Race: | African |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____     _____
                                               (signature)